AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Hasan Zahdeh<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:20-mj-527<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 2017 to the present  in the county of  Muskegon  in the
Western  District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 29 U.S.C. § 501(c) | Embezzlement of Union Funds |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

The Court processed the complaint remotely.  The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail).  The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail).  The process complied with Rules 3 and 4.1.

*Complainant's signature*

Sandra Pons - Senior Investigator
*Printed name and title*

Date: 12/11/2020

*Judge's signature*

City and state:  Grand Rapids, Michigan

Sally J. Berens, U.S. Magistrate Judge
*Printed name and title*