UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

HASAN ZAHDEH,

        Defendant.
_____/

No. 1:20-mj-527

Hon. Sally J. Berens
United States Magistrate Judge

## MOTION TO UNSEAL AND FILE REDACTED VERSION OF THE CONTINUATION

      Now comes the United States of America by Andrew Byerly Birge, United States Attorney for the Western District of Michigan, and Kristin M. Pinkston, Assistant United States Attorney, and moves this court to unseal the Complaint and Continuation in the above-entitled case because the defendant is currently in the custody of the St. Louis Metropolitan Police Department and is aware of the charges.

      Further, the United States is providing the Court with a redacted version of the Continuation of the Complaint for filing upon unsealing of this matter because it contains personal identification information (PII) which is privacy protected pursuant to Fed.R.Crim.P.49.1.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Dated:   December 21, 2020

_____
KRISTIN M. PINKSTON
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI   49501-0208
(616) 456-2404

IT IS SO ORDERED.

Dated:  December 21, 2020                                      /s/ Sally J. Berens
                                                                                   SALLY J. BERENS
                                                                                   United States Magistrate Judge
                                                                                   United States District Court